WARREN A. CUNTZ, JR.
Standing Chapter 13 Trustee
10585 THREE RIVERS ROAD
SUITE G
GULFPORT, MS 39503

HANCOCK BANK
GULFPORT, MS 39502

563624

| CLAIM NO. | DEBTOR'S NAME | VOID AFTER 90 DAYS MO. DAY YEAR | CASE NUMBER | PAY THIS AMOUNT |
|---|---|---|---|---|
| | In RE DEBTOR: See Voucher Listing | 03  10 2011 | | ****700.84*** |
| CLASSIFICATION | | | | |

******************Seven Hundred Dollars and 84/100******************

| INTEREST PORTION | | | | |
|---|---|---|---|---|
| BALANCE DUE AFTER THIS CHECK | TO THE ORDER OF | CLERK, US BANKRUPTCY COURT*****<br>DAN M RUSSELL JR - U S COURTHOUSE<br>2012 - 15TH STREET - SUITE 244<br>GULFPORT, MS 39501- | MEMO | |

THIS DOCUMENT INCLUDES A TRUE WATERMARK -- HOLD AT LIGHT TO VIEW

⑈563624⑈ ⑆065503681⑆ 013282821⑈

CHECK NUMBER    DATE            CASE NUMBER
563624          03/10/2011

Original Check:
Original Date:
Original Payee:

DEPOSIT OF FUNDS
PURSUANT TO RULE 3011

AMOUNT PAID: $ 700.84

2011 MAR 15 AM 9:28
DANNY L. MILLER
CLERK
BY ___ DEPUTY
US BANKRUPTCY COURT
SOUTHERN DISTRICT OF MS
FILED

## REMITTANCE STATEMENT

WARREN A. CUNTZ, JR., Standing Chapter 13 Trustee
Chapter 13 Bankruptcy Cases
10585 THREE RIVERS ROAD
SUITE G
GULFPORT, MS 39503

---

**DO NOT SEPARATE REMITTANCE STATEMENT FROM CHECK**

| Check Number |
|---|
| 563624 |

| Printed |
|---|
| 3/10/2011 |

| Issue Date |
|---|
| 03/10/2011 |

CLERK, US BANKRUPTCY COURT
DAN M RUSSELL JR - U S COURTHOUSE
2012 - 15TH STREET - SUITE 244
GULFPORT, MS 39501

| Case Number | Debtor | Acct No. | Paid Through | Unpaid Balance | Amount Paid |
|---|---|---|---|---|---|
| 0552464 | WEBB, CHARLES L | 22117 | | $273.20 | 1.83 |
| ORIGINAL CHECK 558716 10/29/2010 GULF SOUTH UROLOGY 147 REYNOIR STREET SUITE 306 BILOXI MS 395304109 | | | | | |
| 0850155 | CAMPBELL, CLARA M | NONE FOUND ON CLAIM | | $8,315.13 | 289.38 |
| ORIGINAL CHECK 558584 10/29/2010 D & D GREEN INVESTMENTS % JAMES WRIGHT ESQUIRE P O BOX 249 OCEAN SPRINGS MS 3950 | | | | | |
| 0950567 | FAIRLEY, CRYSTAL G | 0832 (ARREARS) | | $17,511.99 | 409.63 |
| ORIGINAL CHECK 558620 10/29/2010 EASTERN SAVINGS BANK FSB % LOAN SVC DEPT - EXECUTIVE PLZ 200 11350 MCCORMICK ROA | | | | | |
| | | | | TOTAL | 700.84 |

2011 MAR 15 AM 9:28
DANNY L. MILLER
CLERK
BY ___ DEPUTY
US BANKRUPTCY COURT
SOUTHERN DISTRICT OF MS
FILED

THIS STATEMENT COVERS PAYMENTS ON YOUR CLAIMS FOR THE ABOVE CASES
PLEASE RETAIN FOR YOUR RECORD.

Page 1 of 1